HOCHHEIM PRAIRIE FARM MUTU-AL INSURANCE ASSOCIATION, **Hochheim Prairie Casualty Insurance Company, Hochheim Prairie Insurance Company, John E. Trott, Jr., Melvin L. Hairell, Joe Tipton, Everett C. Dunahoe and Celeste Matula, Petitioners,**

v.

**John TWEEDELL, Don Hicks, and Billy D. White, Respondents.**

No. 98–0455.

Supreme Court of Texas.

July 1, 1999.

Stacy R. Obenhaus, Harold H. Walker, Dallas, for petitioners.

Jerry R. Tucker, Sr., Canyon Lake, for respondents.

PER CURIAM.

The petition for review is granted. Without reference to the merits, the court of appeals' judgment is vacated. *See* 962 S.W.2d 685. We remand this case to the court of appeals for reconsideration in light of our decision in *Crown Life Insur-*

---

**62.** *See* 982 S.W.2d at 457.

**63.** *Id.*

**64.** *Id.*

*ance Co. v. Casteel,* —— S.W.2d ——, 1999 WL 450773. *See* Tex.R.App. P. 59.1, 60.2(f).